IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

## CRIMINAL MINUTES (SENTENCING)

**CASE NO. 1:25CR63-001**                                    **PLACE HELD:** ABERDEEN

**UNITED STATES OF AMERICA v. WILSON JONES**

**DATE & TIME BEGUN:**     5/18/2026, 10:36 a.m.

**DATE & TIME ENDED:**     5/18/2026, 11:11 a.m.

**TOTAL TIME:**     **35 MINUTES**

**PRESENT:**

**HONORABLE GLEN H. DAVIDSON, SENIOR JUDGE**

| | |
|---|---|
| Terrie L. Reed | Phyllis McLarty |
| **Courtroom Deputy Clerk** | **Official Court Reporter** |
| Parker S. King, AUSA | |
| Clay Dabbs, AUSA | Michael Scott Davis, FPD |
| **ATTORNEY(S) FOR GOVERNMENT:** | **ATTORNEY(S) FOR DEFENDANT(S):** |

**PROBATION:** Lance Owings

**PROCEEDINGS:     SENTENCING COUNT 1**

Docket Entry: Sentencing held as to Wilson Jones on Count 1 of the Indictment. Witness Testified.  Count 2 of the Indictment Dismissed.  Final Judgment to follow.

**DANIEL B. McHUGH, CLERK**

By:   /s/ *Terrie L. Reed*
               Courtroom Deputy Clerk